UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FREEDOM CALLS FOUNDATION,

                Plaintiff,          **MEMORANDUM**

- v -

                                             CV-05-5460 (SJ)(VVP)

EDWARD BUKSTEL,

                Defendant.
------------------------------------------------------------x

       The plaintiff has submitted (but has not filed via ECF) a letter dated July 6, 2006 asking that the court not issue two subpoenas apparently requested by the defendant in a letter to the court dated June 27, 2006. This magistrate judge has not received the June 27 letter to which the July 6 letter refers, and therefore will take no action on the matter.

       For future reference, should the defendant hereafter submit a letter requesting subpoenas, the defendant must of course serve the plaintiff with a copy of the letter (which apparently was done) as well as copies of the subpoenas requested. The plaintiff may thereafter, by letter, make a motion to quash, in whole or in part, the requested subpoenas, or seek to make some or all of the documents produced pursuant to the subpoenas subject to the confidentiality order which the court will enter shortly. *See* Order dated July 14, 2006.

                                                           *Viktor V. Pohorelsky*
                                                     VIKTOR V. POHORELSKY
                                                     United States Magistrate Judge

Dated:   Brooklyn, New York
             July 14, 2006